**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK GONZALEZ,

        Plaintiff,

vs.

MRS. M. JONES, et al.,

        Defendants.

07 CV 2126 (LAP) (THK)

~~PROPOSED~~ REVISED
SCHEDULING ORDER

**THEODORE M. KATZ**, UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED**:

1. Dispositive motions are to be filed by May 15, 2009.

2. Any opposition to dispositive motions is to be filed by June 19, 2009.

3. Any reply is to be filed by July 7, 2009.

SO ORDERED.

DATED:   New York, New York
           March 26, 2009

_____
THEODORE M. KATZ
UNITED STATES MAGISTRATE JUDGE

COPIES MAILED
TO COUNSEL OF RECORD ON 3/26/09